NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 940

IN RE SMITH & NEPHEW, INC.,

Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0378, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Smith & Nephew, Inc. submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its April 12, 2010 order denying Smith & Nephew's motion to transfer venue, and to direct the Texas district court to transfer the case to the United States District Court for the Western District of Tennessee.

Upon consideration thereof,

IT IS ORDERED THAT:

MedIdea, LLC is directed to respond no later than June 1, 2010.

FOR THE COURT

MAY 1 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory N. Stillman, Esq.
S. Calvin Capshaw, Esq.
Clerk, United States District Court for the Eastern District of Texas

s19


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2010

JAN HORBALY
CLERK